United States District Court
Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   VICTOR M. OROZCO,                          Case No. 22-cv-07369 BLF (PR)
12              Plaintiff,
                                                **ORDER GRANTING EXTENSION
13         v.                                   OF TIME TO FILE COMPLETE
                                                APPLICATION TO PROCEED *IN
14   UNITED STATES., et al.,                    FORMA PAUPERIS***
15              Defendants.
16
17
18         On November 22, 2022, Plaintiff, proceeding *pro se*, filed a letter which was
19   construed as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt.
20   No. 1. The Clerk sent Plaintiff a notice that he must pay the filing fee or file a motion for
21   leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 4. Plaintiff filed an IFP motion
22   which is deficient because it lacks the following supporting documents: (1) a Certificate of
23   Funds in Prisoner's Account completed by an authorized official; and (2) a copy of his
24   prisoner trust account statement showing transactions for the last six months. Dkt. No. 8.
25         In the interest of justice, Plaintiff shall be granted an extension of time to file the
26   supporting documents needed to complete his IFP application. Plaintiff must file the
27   necessary documents **no later than twenty-eight (28) days** from the date this order is filed
28   to avoid dismissal of this action.

**Failure to respond to this order in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff for failure to pay the filing fee.**

The Clerk shall enclose a blank copy of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __March 29, 2023____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP
P:\PRO-SE\BLF\CR.22\07369Orozco_eot-ifp.docx