UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL OROZCO,<br><br>        Plaintiff,<br><br>     v.<br><br>A. OCOMPO, et al.,<br><br>        Defendants. | Case No. 22-cv-07369 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against various Defendants at the Santa Cruz County Jail in Santa Cruz County. Dkt. No. 6. On March 29, 2023, the Court dismissed the complaint with leave to amend for Plaintiff to attempt to correct various pleading deficiencies. Dkt. No. 15. However, several items of court mail sent to Plaintiff were returned as undeliverable on April 10, 2023, April 14, 2023, April 17, 2023, April 26, 2023, and May 1, 2023. Dkt. Nos. 16, 17, 18, 19 and 20. The returned mail had the stamp "Inmate Not in Custody" (NIC). *Id.*

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a petition when: (1) mail directed to the *pro se*

party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since mail addressed to Plaintiff was first returned as undeliverable on April 10, 2023. Dkt. No. 16. The Court has not received a notice from Plaintiff of a new address or any further communication from him. Accordingly, this action is **DISMISSED** without prejudice pursuant to Local Rule 3-11 of the Northern District Local Rules.

**IT IS SO ORDERED.**

Dated: ___June 16, 2023_____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\07369Orozco_LR3-11dism

2