UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL OROZCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.OCOMPO, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07369 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __June 16, 2023_____                            _____
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.22\07369Orozco_judgment